IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

8201214931819119133? .HTLSCARAMASAVE.! NASA. 1.NSF 667.
DONNAS SHYANWHYTE COUNCIA COUNCIL *0075.
*Enter the full name of the plaintiff in this action*

v. MR. ROBERT STEWART & GOV. MARK SANFORD
4544 BROAD RIVERS ROAD, SLED AGENCESfully
8151995.!?! 7151996.!? 7271996.!? 8151996.!?!
LOT 75 AT DESTRICTLLYESM 54. 9181996.!..
LOT 10 AT DESTRICTLLYESM 18. 7241997.!?!
7271997.!?! 11271997.!?!
1 DESTRECOLLYESM 6, 420 HAMPTON AVE = 10151997.!?!
*Enter above the full name of defendant(s) in this action*

COMPLAINT

Civil Action No. 3:06-618-HMH-JRM
*(to be assigned by Clerk)*

2006 FEB 27 PM 12:52

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes Y No ____

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit: 7241997.!?! AboutsCallyesm 10151997.!?!

   Plaintiff: DONNAS SHYANN WHYTE COUNCIA * DONNEY SHAWYN WHYTE COUNCIL COUNCIA 7251997.!?! ALL THE 10151997.!?!

   Defendant(s): LOT 10 THOROUGHFARE AT DESTRECALLYESM 18. 0104S A.M. 4161992.!?!

2. Court: FEDERALLYESM, DESTRECALLYESM 6, SOUTH CAROLINA 29801, ISREAL AIKEN.
   *(If federal court, name the district; if state, name the county)*

3. Docket Number: GASAS *13* 172420 © 002.213. ISM *431 p.l. BROWN GEN 49,2621. 791992. PAGE 57+6=F15.

4. Name of Judge to whom case was assigned: JAMES R. BARBARS. 8151996.! 11151996.!?! 4151997.!?! 10151994.!? 11151992.!? 9151992. 10091992. 11251992.

5. Disposition: WONNED FULLYESM, INSURANCES SETTLEMENTANMENTATIONABLYESM.
   *(For example, was the case dismissed? Appealed? Pending?)* THE 8151994, THE 11151996.!?
   .8034413991. FAX 80364427685 Lot 0886.

6. Approximate date of filing lawsuit: 7151992 AT THE ISREAL AIKEN, S.C. PUBLIC SAFETY 251.

7. Approximate date of disposition: 11151992.!?! 10091992 AT COLUMBIA S.C. 29201, 901 RICHLAND STREET

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: LIEBER CORRECTIONALLY INSTITUTIONALLY

B. What are the issues that you are attempting to litigate in the above-captioned case? THOROUGHFARE WHEN MY 27 AMMENDSMENTANMENTATIONALLY ISM GOTONFULLY OF ITS 7252003.!?! VIOLATIONALLY FROM THE 7241997.!? AND THOROUGHFARE FROM THE 10151997.!?! AND THE 11271997.!?! AND THOROUGHFARE FROM THE 1192000, THE 12082000 AND THOROUGHFARE THE 12212000.!?! 3232005.!?!

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No____

When 5152003 Grievance Number (if available) 188843/K431.

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)? Yes ✓ No____

E. When was the final agency/departmental/institutional answer or determination received by you? 7152003

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.* 18038968572. THOROUGHFARE FOR MPH, CD BUILDINGSFULLYISM AT 18882734493, THOROUGHFARE FOR THE LOT 10 REMOVESFULLY ONDSFULLYISM THE 7252003.

F. If there is no prison grievance procedure in this institution, did you complain to prison, jail, or institutional authorities? Yes ✓ No____

G. If your answer is YES: ASTRODIA V. WETKOWSKI, HOUSTON VAUGHTESCHENNSHALLYISM LACK, 6151985.!?! BOFIS.

1. What steps did you take? 188843/K431, GSSASK13X, 002, 213, ISLM K431, P.L. 172420 © PAGE 57+

2. What was the result? 18884315493, 18038968572, GASASK8X, 002, 213 ISS 1.493, P.L. 16320 © PAGE 75. 7252003. THOROUGHFARE FOR LOT 10 AT DESTRECALLYISM 18, FOR ITS EVACUATIONABLY!

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: DONNAS SHYANN COUNCIL DONNEYSHAWN COUNCILMANUAL Inmate No.: SK S049, 146950, 197236. #0075

Address: P.O. BOX 205, RIDGEVILLE, SOUTH CAROLINA, 29472

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: SOUTH CAROLINA DEPARTMENTS OF PHRENOLOGY Position: COSTAL REGIONALLY DIVISIONALLY

Place of Employment: LOT 10 THOROUGHFARE AT DESTRECALLYISM 18.

C. Additional Defendants *(provide the same information for each defendant as listed in Item B above)*: THOROUGHFARE THE WARDEN AT LOT 10 AT DESTRECALLYISM REFUSEDEDFULLY AT THE 18038968572 FOR LOT 10 DISPOSITIONABLY FOR ITS EVACUATIONABLY MY LANDFULLYISM AFTERSFULLY LOT 10 RECEIVEDFULLY AN BUILDINGFULLY CONDEMMEDFULLY STATEMENTLY. WARNINGFULLYISM SIGNSFULLY 6152003 THOROUGHFARE THE BUILDINGFULLY AT ITS EMPTYS FULLY AWAYFULLY FROM THE INMATESFULLY FOR THE DECONSTRUCTIONABLY TO START THEIR WORKFULLY ONDFULLYISM THE 7252003.! THOROUGHFARE THEY WASFULLY THREE OFFICERSFULLYISM THE BUILDING FOR ITS EMPTYSFULLY BY 1012004, THOROUGHFARE AN NONE SHOWSFULLY OF ITS EVACUATIONABLY.!?!

IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

THOROUGHFARE HADETHFULLYESM ONE THES IS DONNAS SHAWN WHYTE COUNCIL AICHUOC H.J. BENJAMIN WILLIAM BAILLERWARD SER WILLIAM CHARLES MICHEAL MOUNTGOMERYS WALTERS CECIL LUCAS WAAS GAFFIKE GAFFIKEKOOTS DEXTOR TEDWHENAS RALEIGH DORNEY SHAWYN WHYTE COUNCIL COUNCIA HOUSTON VAUGHTECHENNESY ESM LACK ASTRODEA VACCINNEALLYESM WITHOWSKEA. LUIS CHARLES LEPTON GROVERSON DONNAS COMET. M.P.H. S & P GRADEENG COMPANYFULLY C.D. BUELDERSFULLYESM & REST KNEES KNEEF LOGENGFULLY COMPANYFULLYESM ISREAL AIKEN SOUTH CAROLENA ELECTRECALLYESM SC&G COMPANYSFULLYESM FEDERALLYESM NASA DEF COM CENTERSFULLY ESM, FARMERS & MERCHANTS, B.T. EXSPRESSFULLYESM NCNB GEORGEA RAILS BANKS WACHOVEA SURCURETYS BANKSFULLYESM. VEHECLES WHITES FLEETSWOODSFULLYESM COMPANYSFULLYESM PREPS PRIDGES FARMSFULLYESM BIG STARSFULLYESM GROSERYS STORESFULLYESM. AT&T SOUTHERN BELLS MCI SPRENTS ROKEN SUN COM ZAPP GEORGIA PACIFIC GRANITEVILLES TEXS TILES MILLS CARMICHAELS PHARMACUETECALLYESM PHARMACYS ROSE'S WALS-MARTS, HESS, B.P. DEPORTS DEPOTS CITOS MCDONALDS CHURCHES PEPE PIES, G.E. BABCOX WHEELS COCK VOEHESES, PARENS RICHLANDS ACADEMEYS COLLEGES.

THOROUGHFARE I WASFULLY EMPLOYEEDFULLYESM AT THE SOUTH CAROLINA DEPARTMENTS OF CORRECTEONALLYESM PRISON FACILITEESFULLYESM, THOROUGHFARE AT THE WEMENS FACILITEESFULLY AT 6457 BROAD REVER ROAD. COLUMBEA SOUTH CAROLENA 29210 THOROUGHFARE MY METAPHYSICALLYESM GOLD BADGEFULLYESM LIEUTENANTSFULLYESM AULS FULLYESM YARDOFFECERFULLYESM THOROUGHFARE MY BADGE NUMBERFULLYESM #0075. THOROUGHFARE I AM IS ALSO AN EMPLOYEEDFULLYESM AT THE USA AIR FORCES FULLYESM SHAWS AIRSFORCES BASE. & THOROUGHFARE AT THE NASA 18882736278 .07666437627 ext 0# 7627. ext 0#7627. & THOROUGHFARE ALSO AT THE 07663931727 ext 0x1727 ext 0x7627 & THOROUGHFARE I WASFULLY EMPLOYEEDFULLYESM AT HUNTINGTON VARGENEA

IV. STATEMENT OF CLAIM - continued.

WOMENS' CORRECTIONALLYISM PRISON FACILITIESFULLYISM AT ELIZABETH MANNISCENUM, MY METAPHYSICALLYISM POSITIONABLYISM LIEUTENANTSFULLYISM IAN YARD OFFICERS FULLYISM. THOROUGHFARE FROM 4261992, THOROUGHFARE TO THE 6151992, THOROUGHFARE I GOT AN TRANSFERRED FULLYISM TO THE SOUTH CAROLINA DEPARTMENT OF PHRENOLOGY AT 4444 BROAD RIVER ROAD, THOROUGHFARE WHERE MY METAPHYSICALLYISM RESSERSMATION ALLYISM WASFULLY AT ITS ONANOSOLOGISTISMOLOGICALLY 1.NSF 667 ACCEPTEDABLYISM I STARTEDFULLYISM WORKINGFULLYISM THERE ONDFULLYISM THE 6151992. AN P.M. ONES SHIFTTHERSFULLYISM, THOROUGHFARE MY PART TIME JOBFULLYISM I WORKEDFULLYISM ISREAL AIKEN SOUTH CAROLINA PUBLIC SAFATY POLICE DEPARTMENTSFULLYISM & ALSO AT THE CRIMES T.V. THE AMERICA MOST WANTEDFULLYISM C.S.R.A. SOLVING FULLYISM FOR THE FEDERALLYISM F.B.I AGENCESFULLYISM METAPHYSICALLYISM MAULS TISSUEALLYISMOLOGISTISMOLOGICALLY ARCHEAOLOGISTISMOLOGICALLY ADVENTURES FULLYISM DIVISSIONABLYISM, ARTS DEPARTMENTIANMENTATIONALLYISM, SKETCHESFULLYISM AND THOROUGHFARE I PLAYFULLY FOOT BALL FOR THE INDIANS 27 APPOLLAS CULTS AND ALSO THOROUGHFARE FOR THE WASHINGTON REDSKINS, 27 THOROUGHFARE I PLAYFULLY FOR THE CAROLINA PANTHERS NUMBERFULLYISM 27 AND THOROUGHFARE AND CHANGEFULLY OF NUMBER FULLYISM 76. THOROUGHFARE I GOTON FRAME FOR TWO MURDERSFULLY ONE ONDFULLYISM THE 791992 THOROUGHFARE THE OTHERFULLYISM ONDFULLYISM THE 10-01-1992. THOROUGHFARE I GOTON FRAME FOR ROBBINGFULLY ONE OF MY OWENFULLYISM DEPOSIT STORESFULLYISM THOROUGHFARE I GOTON ARRESTEDFULLY THE 1012-1992 THOROUGHFARE IT WASFULLY AND FALUREFULLY ARRESTEDFULLY OF WRONGFULLY CONFORTMATIONALLYISM AND THOROUGHFARE FOR WRONGFULLY DISSTRIPTIONALLYISM THOROUGHFARE THAT WASENT NETHERFULLY OF BEINGFULLYISM OF DONNEY SHAWYN WHYTE COUNCIL COUNCIA #0075, THOROUGHFARE THE PROVENFULLYISM PROVIDEINGFULLYISM WASFULLY THE 11151993.!!? AND ALSO THOROUGHFARE THE 11271993...!!? THOROUGHFARE WASFULLY FOUNTED GUILTEDLY THE 310-1993, THEN THOROUGHFARE REATTENDFULLYISM COURTFULLYISM 11151993 AND THOROUGHFARE THE 11271993 FOUNTFULLY OF NOT GUILTYSFULLY THOROUGHFARE 803642-7655 J.O. #876. PROVEDEDFULLYISM VHF 179 BROWN BIN 47 2524 VCR CASSETTE TAPEFULLYISM AND THOROUGHFARE ALSO FOR BOTHFULLY MURDERSFULLY CASESFULLY I WONFULLYISM ONDSFULLYISM THE 445-1994. AND THOROUGHFARE ALSO THE 7241997.!!? AND THE 11271997 !!? ITHERSFULLY ANYTHINGFULLY AFTERSFULLYISM THE 11271997. THOROUGHFARE ITS SPECIFIEDFULLY AN HOSTAGE SITUATIONABLY THAT IS AGENSTFULLYISM MY 27 AMMENDSMENTATIONABLYISM CONSTITUTIONABLYISM RIGHTSFULLYISM AT THIS LOT 10 AT DISTRICALLYISM 18. SOUTH CAROLINA 29472.

## V. RELIEF

State briefly and exactly what you want the court to do for you.

ABSESSfullyism HomoseSTHfullyism CorpseSTHfullyism. METHODOLOGY DesesSfullyism. BLUE MOGSOULLYISMfullyism.
THOROUGHFARE MY INTERSWISHESfullyism ARE IS FOR MY LOT 10 AT DESTRUCTIVELYISM IS FOR BEINGFULLY EVACUATEDFULLY AND THOROUGHFARE THE BUILDINGSFULLY AT IS REMOVELSFULLY AWAYFULLY MY LANDFULLYISM.' THOROUGHFARE THAT CONTAINEDFULLYISM THE POLICYFULLYISM THOROUGHFARE THOROUGHFARE DEEDFULLYISM BUILDEDFULLY THIS PLACEFULLY FOUNDATIONABLYISM WASFULLY VIOLATEDFULLYISM.' AND THE 7241997 AND THOROUGHFARE THE H261997 AND THOROUGHFARE THE 12242000 AND THOROUGHFARE THE 3232005.''' CONTAINEDFULLYISM MY CIVILS AERONAUTICALLYISM BOARD MRI METAPHYSICALLYISM NATURALISTICLOGISTICALLY INSF 667 ADVENTURESFULLYISM CONTAINEDFULLYISM THE NASA POLICYFULLYISM IDEOLOGISTICALLY FEDERALLYISM POLICYFULLYISM PROSECUTORFULLYISM.' AND THOROUGHFARE MY LOST CONVERSATIONABLYISM AT WORKS MENS COMPENSATIONABLYISM, THOROUGHFARE FROM THE INTERSWISHESFULLYISM FROM WORKINGFULLYISM AT THE WOMENS CENTERSFULLYISM POSITIONABLYISM GOLD BADGEFULLY ISM LIEUTENANTFULLYISM YARD OFFICERFULLYISM, AT SOUTH CAROLINA 29210, AND THOROUGHFARE MY PAY CUTFULLY FROM THE CAROLINA PANTHERS I THOROUGHFARE LOSTFULLY 10 MILLION DOLLARSFULLYISM OUT OF 15 MILLION DOLLARSFULLYISM AN YEARFULLYISM FOR AN 10 YEAR FULLYISM FOOTBALL CONTRACT THOROUGHFARE I DONNEY SHAWN WHITE COUNCIL COUNCIL SIGNEDFULLYISM 3151996 THOROUGHFARE TO 3272006. AND THOROUGHFARE MY LAWSUITFULLYISM FROM THE 8151994 DONNERSON CENTERFULLYISM NONEFAULTSFULLYISM AEROPLANE CRASHEDFULLY. THOROUGHFARE HANGGLIDERS DRIVER FAULTSFULLYISM, THOROUGHFARE 1151996 THOROUGHFARE AN STATE TRANSPORTATIONABLYISM VAN CRASHEDFULLY NONE FAULTFULLYISM. THE FBI INVESTIGATEDFULLYISM THAT.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of February, 2006.

SCDC 146750
SCDC 197236.

Donney Shawn White Council Council #00095, SKSCHP.

Signature of Plaintiff

[illegible] COLUMBIA, SC
2006 FEB 27 PM 12: 52

THOROUGHFARE HADETHFULLYISM.ONE, 2-22-2006,
Thoroughfare Mr. Shopes - I did if Thoroughfullyism Disclaimedfullyism The Commissionablyism from one of My B.P. Store That is Locatedfullyism aboutfullyism five Milesfullyism up The Road from of Wherefullyism That I am is Locatedfullyism at This lot 40 at This Districallyism 48, Thoroughfare it dozesfullyism shamesfully of its intellectalfullyism populationablyism That is Stages fosteredfullyism Thoroughfare aboutfullyism That is Realitiesfullyism, Thoroughfare Thesefullyism Individuals [illegible]fullyism Complaintsfullyism and Thoroughfare They Dozesfullyism get playedfully at an Sezophrenially Stages Mentammentationablyism at This same Locationablyism aboutfully of What is Really Theirsfullyism, Thoroughfare my [illegible]fullyism [illegible]fully [illegible]fully from Which one of My B.P. Managersfullyism didfullyism advisers fullyism one of The Workersfully at Wherefullyism That [illegible] Council #0075 148750, 199236, SK5049 FLIGHT 13, is Reallyismfullyism at smith Room 128, Lieber Correctionaly Institutionaly. Ridgeville, South Carolina 29472.
18886427627. HOI Day onefullyism DSC 4A3A. 8D2252 ACF HTBWB136.
SH992 BARAKUASfullyISM.

Mr. Judge. Jame R. Barbaro wasfully greatfully at That 10-09-1992 Thoroughfare The Musicallyism Video From Public Enemme Falesly Demmenstrationablyism, By NAS - Jeffery Dominic Thoroughfare I havent did not a Thing Man it Wasfully Reactormentfullyism from The Crime T.V. Scenesfullyism That I dozesfullyism fightsfullyism Crimespreesfull

[illegible] 264. FBI [illegible]

5-16-1992 [illegible]

5-27-1992, 8-15-1992, 9-15-1992, 9-27-1992, 6-27-1992

10-01-1992, 10-10-1992, 10-12-1992, 11-15-1992, 11-25-1992, 5-5-1993, 11-15-1993, 11-27-1993, 4-15-1994, 7-27-1993, 11-27-1997.

[illegible]

4-15-1997, 6-15-1997, 7-24-1997

[illegible]

8-15-1994, 10-[illegible]-1994, 7-15-1996, 7-27-1996

8-15-1996, 9-[illegible]-1996, 11-15-1996

[illegible] 10-[illegible]-1996 To [illegible] 10-28-1996

Plaffi* ~~46750~~. ~~197236~~. Montkombeys. Baulleward Foster.
Donney Shawdyn Whyte Council Council #0075
SK5049 Saxelly Room 128. Liebes Correctionaly Institutionaly
P.O. Box 205, Ridgeville, South Carolina 29472.

RIDGEVILLE FEB 23'06 SC

U.S. POSTAGE 01.11 H METER 552981

Officialy Business

United State Districtallysin Courts
Districts Courts of South Carolina
Clerk's office 901 Richland street
Columbia South Carolina 29201.

RECEIVED
FEB 23 2006
MAILROOM
LIEBER CI

ITEM X-RAYED BY USMS
02-06
Signature Date

USDC ... EIVED
COLUMBIA SC
2006 FEB 27 PM 12: 52