RECEIVED
USDC CLERK, COLUMBIA, SC
2006 MAY -2 PM 2:14

Page 1

800-515762-21
O#661 AUTO*629.
7663931727
auto*121.
7068797627.
GBI. 309

Pelzer, South Carolina 29669
F. Supp. 408. 476. 1993. U.S. District
LAAWKANSKS. (R) 2644  4.19.25.33.4.4193
1979, 1982, 1983, 1984, 1985, 1987, 1988. TRILOGY & musicfullyism

Hondo v. Watkowski
B-FIS PAGE 544
LLYSM
4H. 205. 1997
DSWCCI (DSC.) 1993
1986 NM Video

3:06-618-HMH-JRM

410.?!
TEXES

Thoroughfare HADFHFullyism ONE.    4-30-2006.
Thoroughfare This is the same §1983 Civil Rightsfullyism
Complaintmentannentationallyism that is from the years
fullyism. Thoroughfare He seeks reliefully pursuants
fully at the 42 U.S.C §1983 of anotherfullyism furtiveousyism
in commons causefully. Under the sroriginalyism actsfullyism
of the 28 U.S.C. §@(B)(4 &5). §636(b)(1)(6) policyfullyism
1. Localyism Rulesfullyism 73.02(B)(2)(d)(DSC) Thoroughfare
That authorizedfullyism by my subcommitteeafullyism at
the yearsfullyism 1983 Thomas Dhyam Council. Thoroughfare
the Casefullyism that I didifthosefullyism wrongfullyism
I wasfully wearingfullyism Authorepeticallyism Braces
fullyism at that yearfullyism the yearfullyism afterfullyism
the Affidaviticallyism NASA policyfullyism wasfully
setfullyism at its 1. NSF 661. 1882412278. Thoroughfare
I didifthosefullyism pinpointedfullyism at the
same casefullyism that I didifthosefullyism wrongfullyism
the yearfullyism from an acedenceafully andfullyism
the SF51984 with the afiliationalyism the NASA
1882736278 Airshare Crashedfullyism at the posterica
internationallyism airportafullyism. Thoroughfare the
sattlesmentfullyism By States Farms and Thoroughfare
By Carwerners pharmacy at 8036412878. Thoroughfare
I am is an College Lawfullyism studentfullyism from
June 15, 1984 Thoroughfare to nowsfullyism school of
Causefullyism the Innocencefullyism
profectsfully Benjamin N. Cardozo at 2127900456.
Thoroughfare the fax 2127900354. Thoroughfare I did if
thosefullyism wrongfullyism an Casefullyism at the yearfullyism
1993 Thoroughfare the Monthfullyism November 15 and Thoroughfare
27 Dayfullyism of November 1993. Thoroughfare Which

GBSAS*BX ISS.1.4193. policyfullyism 1
S@(B)(4&5) page 75. BROWN Lin 47.7624.
Sectionablyism 13. 2nd Note 35 at 29.

| $\bar{A}$ | $\bar{A}$ | $\bar{C}$ | $\bar{D}$ | $\frac{+}{+}$ | $\bar{K}$ |
|---|---|---|---|---|---|
| 1 | 3 | 5 | 7 | 9 | 11 |

page 2.

asspectationablyism suitefullyism The Same Mattersfullyism at The 4+5+9+4 Thoroughfare same justiceouslyism formalitiesfullyism from The November 15,1992. persuatents fullyism at an GBSAS*BX ISS.1.4193. policyfullyism 1 1888-431-4193 Codeanniallyism Thoroughfare The Same Essentassiallyism that I did ifThosefullyism filed fullyism at the locationablyism 430 Oaklawn Road Selzer South Carolina 29669 Thoroughfare Whilefully I usefully oldfully My 197236 SCDC Numberfullyism.!!! Thoroughfare the yearfullyism 10-15-1994.!!! at The same furrackeouslyism formalitiesfullyism at Greenville South Carolina Districts Districallyism Courtfullyism Districts 59 from lot 75. Thoroughfare Notedfullyism Clerk of Courtsfullyism Larry W. Propes. Clerk, United state Districtfullyism Courtsfully P.O. Box 10768 Greenville South Carolina 29603. Thoroughfare Now its 901 Richland Street Columbia South Carolina 27201. Thoroughfare Why The Docketsfullyism Some of The Numberafully is Changedfullyism, Thoroughfare its as I did ifThorefullyism Conversatedfullyism with Mr. Larry W. Propes at personfullyism The 10-15-1994 and also Thoroughfare My Lawsyerfullyism Mr. Johnny McCatheries Thoroughfare I Usedfullyism The Name Donney Sharyn Whyte Council Council *0075, H6750, 197236, 5'5 1/2.
L 15/20 Visionablyism, Weightsfullyism 128 LBS, DL8648843.
R 20 
SSN 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 November 1. Day 1 fullyism First Centuryfullyism HESS CYPRESS Cypressfullyism HILL. CGHD Nasty W. Skool Dee Wee. NAS- Jefferys Dommimas 8-15-1994 Foster MountGomery Boullervard Waco Hicnua Phoenial, Altiké *Office*0075 MR SLAKE FACE. E=MAN !!!

Page 3.

Thoroughfare after you Acknowledgesmentablyism at this Thoroughfare you willfully Notecasefully that all these Casefullyism is just my Metaphysicallyism propriterorriallyism at the same respectsmentationablyism that Mr. Larry W. Peoples does ifthosefullyism Acknowledges mentmentationablyism from 10·15·1994!!! Thoroughfare some of the name of what you all sent fully it wasnt Nethersfully of Beingfullyism there from 1994 the Monthfullyism of October or Thoroughfare some of the numberfully, Thoroughfare How could ifthosefullyism altherfullyism any personfullyism could forgetinfully of what Thoroughfare He or Thoroughfare of what an personfullyism filedfullyism Repeatedfullyism on Thoroughfare Wonfullyism every Horologicallyism Adventuresfullyism times ingfullyism from the 5·15·1982 for November 5, 1983 Thoroughfare to 8·15·1996 all Besidefully of these two Datefullyism that is givingfully Problemfullyism 8·15·1994 and Thoroughfare the November 15 1996, and Thoroughfare the 10·15·1997!!! Containsfullyism 4·15·1994. I did Wonfullyism the Murder Casefullyism and Thoroughfare the Law Suite onesfullyism the 8·15·1995. aboutfullyism the 10 of 1992!?! November 15 1994 Confessionablyism he did the Crimes Aune Charles Laurfeatte Sulter, Thoroughfare Nithersfully Downey Shawynwhyte Council Councils, Thoroughfare if Not Nithersfully of Its beliefsfully, Then Withdrawnsfully allfully of My Appealsfully So I could get this Boomers clarkingfully B.S. over with because you all is Acknowledges mentfully the and some of them is playing game. Hullsfully Nithersfully of Me is playfullyism gamesfully. And Nithersfully of fakeingfully my Deathfully at allfully said Captain D.

Thoroughfare The filmfullyism Tapefullyism That what Reallyfullyism what Happinsfullyism from The HS1992 from the 20 Centuryfoxfullyism Thoroughfare keep filmingfullyism to the 21 Centuryfoxfullyism and also to thoroughfare to the 20 Centuryfoxfullyism Thoroughfare on anotherfullyism willfullyism of beingfullyism projectedfullyism Signeturesfullyism of NASA 0766393*1727 ext. 0 *0075 1888431-4424. GXSL SKX ESM 431 policefullyism 2... Freeingfullyism.1882731376 ext *0075.

For Teresa Norris,

I Hasfullyism Writenfullyism Her aboutfullyism my Appealsfully for dropping allfully of them because she Acknowledgefullyism aboutfullyism everythingfully of what that's I am is conversateingfullyism abvitafullyism she playfully that she dozent Nitherofully of knowing fullyism of what some is talkingfullyism about. Thoroughfare if one person Made an Countafully of its Cirketafully Cobnentfullyism admittedfullyism the same Horologically Adventurefullyism and Thoroughfare said the Same Essentemallyism that I Donsey Shrough Shyte Council Council 146750, 197236, SK 5049 Smith Room T28 said fullyism Thoroughfare then whosfullyism is Rightsoushyism with an VCR Shown Sins H 2524 Tapefullyism filmfullyism VHF 179. Cassette Tapefullyism from HQ1992. WJBF Channel 6 of Augusta GA. 30906. for the HS1991. HS1993 and Thoroughfare for the H271993. and Thoroughfare from HS1997, 7241997, 7271997, H271997, HS1998, Thoroughfare to Nonfullyism HS2000, 12082000. 12182000, HO2001, HS2001, (4302001.) 9:21 am Solar Eclipsefullyism which that wasfullyism on an Monday. 321-2005, 5-22-2005, 3-23-2005. Loudfullyism questingbyism formalitiesfullyism. William C Hally loosely guidingfully Thoroughfare from the November 15 1992 from WJTX Channel 19 8-6-2004. of Columbia South Carolina 29210, VCR Cassette Tapefullyism filmfullyism, from The HS1992.!!! Broad River Road at The SLED buildingfully.!!! A white Ford Tractor Traillerfullyism 146750.!!! 10-10-1992 Highwayfully 19 North S.C. 29801 .5-1-2006. November 22 1995 same VCR Cassette Tapefullyism filmfullyism 12-25-1995.